UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JANICE DEAN (NEWMAN),

                Plaintiff,

   -against-

INVASIX INC. and INMODE LTD.,

                Defendants.

-------------------------------------------------------------------X

CASE NO.: 1:19-cv-07494

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed that Plaintiff, Janice Dean (Newman), dismisses all claims and causes of action which were asserted, or could have been asserted, in this matter against defendants, Invasix, Inc. and InMode, Ltd., with prejudice. All parties are to bear their own costs, expenses, and attorney's fees.

It is further stipulated and agreed that signatures of counsel obtained by facsimile or virtually shall be deemed original. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 10, 2022

**CHRISTIANSEN DAVIS LLC**
Attorney for Plaintiff
*Janice Dean (Newman)*

By: _/s/ Amy Davis_____
   Amy E. Davis, Esq.
   1021 N. Bishop Avenue
   Dallas, TX 75208
   adavis@cdfirm.com

Dated: January 10, 2022

**MORRISON MAHONEY LLP**
Attorneys for Defendants
*Invasix Inc. and Inmode Ltd*

By: _/s/ Arthur J. Liederman_____
   Arthur J. Liederman (AL0227)
   aliederman@morrisonmahoney.com
   Nicole M. Battisti (NB7583)
   nbattisti@morrisonmahoney.com
   Wall Street Plaza
   88 Pine Street, Suite 1900
   New York, NY 10005
   Phone: 212-825-1212
   Fax:    646-576-8936